Clarence C. Walters and Hope Walters, Appellees, v. Checker Taxi Company and Paul Thiede, Defendants. Checker Taxi Company, Appellant.

Gen. No. 43,299.

Heard in the first division, first district, this court at the December term, 1944; opinion filed March 26, 1945; released for publication April 11, 1945. Jesmer & Jesmer, for certain appellant; Julius Jesmer, of counsel; Vincent D. McConnell, for appellees. Opinion by JUSTICE MATCHETT. Not to be published in full.